UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MATTHEW LEE BOYLE,<br><br>        Defendant. | No.  2:13-cr-00332-GEB-2<br><br><br>**ORDER** |

On October 16, 2015, Defendant Matthew Lee Boyle filed what he characterizes as "Formal Objections to Final PSR and Request for a Downward Variance pursuant to Section 3553 Factors," in which he cites the following unpublished Ninth Circuit case in support of his downward variance argument: <u>United States v. Hollins</u>, 17 F. App'x 651 (9th Cir. 2001). (See Def.'s Formal Objs. 4:2-8, ECF No. 74.)

However, Ninth Circuit Rule 36-3 prescribes, in relevant part:

> Unpublished dispositions and orders of [the Ninth Circuit] issued before January 1, 2007 may not be cited to the courts of this circuit, except in the following circumstances.
>
> (i) They may be cited to this Court or to or by any other court in this circuit when relevant under the doctrine of law of the case or rules of claim preclusion or issue preclusion.

1

      (ii) They may be cited to this Court or by any other courts in this circuit for factual purposes, such as to show double jeopardy, sanctionable conduct, notice, entitlement to attorneys' fees, or the existence of a related case.

      (iii) They may be cited to this Court in a request to publish a disposition or order made pursuant to Circuit Rule 36-4, or in a petition for panel rehearing or rehearing en banc, in order to demonstrate the existence of a conflict among opinions, dispositions, or orders.

Defendant has not shown that Hollins is citable under any exception to Rule 36-3's prohibition against citing unpublished cases that issued before January 1, 2007. Therefore, Defendant's citation to Hollins is inappropriate and will not be considered by the undersigned judge. Hollins shall not be referenced or argued during the sentencing proceeding. If Defendant's counsel does not comply with this order, he shall show cause why he should not be sanctioned for noncompliance with this order.

Dated: January 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge